IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-31219
Summary Calendar
_____

CHRISTOPHER A. MARTIN,

Plaintiff-Appellant,

versus

CHARLES C. FOTI, JR., Sheriff;
MARC MORIAL; BOYER, Warden;
RICHARD L. STALDER, Warden;
BURL CAIN, Warden; C. MARTIN LENSING,
Warden; HARRY CONNICK, SR.

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 95-CV03197-C
- - - - - - - - - -
September 17, 1997

Before JOLLY, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

Christopher A. Martin, #683347, appeals the dismissal of his

42 U.S.C. § 1983 lawsuit against defendants pursuant to Fed.

R. Civ. P. 12(b)(6) and 28 U.S.C. § 1915(e).  Martin's claims

against Harry Connick, Sr., are deemed abandoned as they are not

argued in his initial appellate brief.  See Cinel v. Connick, 15

_____

[*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

F.3d 1338, 1345 (5th Cir. 1994); <u>Yohey v. Collins</u>, 985 F.2d 222, 224-25 (5th Cir. 1993).  We affirm in all other respects for the same reasons adopted by the district court.  <u>Martin v. Foti</u>, 95-CV-3197-C (E.D. La. Oct. 17, 1996, Mar. 26, 1996, Feb. 16, 1996).

AFFIRMED.